H9013-3A (3/16)

Filer's Name, Address, Phone, email:
SIMON KLEVANSKY #3217-0
ALIKA L. PIPER #6949-0
CARISA LIMA KA'ALA DUFFY 7372-0
Klevansky Piper, LLP
841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813
Telephone: (808) 536-0200 / Facsimile: (808) 237-5757
E-mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com; kduffy@kplawhawaii.com
Attorneys for Plaintiff Dane S. Field, Chapter 7 Trustee



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): ROLLOFFS HAWAII, LLC

Case No.: 16-01294

Plaintiff(s):
DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC
(et al. if multiple parties)

Adversary Proceeding No.: 18-90034

Defendant(s):
TRASHMASTERS, LLC, et al.
(et al. if multiple parties)

Related Docket No.: 1 and 2

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Document(s) served:
[1] Complaint and Exhibit "1", and
[2] Summons and Notice of Scheduling Conference in an Adversary Proceeding

Date served: December 21, 2018

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

Via U.S. Priority Mail:
Colbeck Consulting, LLC
c/o Brian Colbeck
Hardesty
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

Dated: December 21, 2018

/s/ _____ Peter B. Aragaki
[Print name and sign]

113817.pdf