H9013-3A (3/16)

Filer's Name, Address, Phone, email:
SIMON KLEVANSKY #3217-0
ALIKA L. PIPER #6949-0
CARISA LIMA KA'ALA DUFFY 7372-0
Klevansky Piper, LLP
841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813
Telephone: (808) 536-0200 / Facsimile: (808) 237-5757
E-mail: sklevansky@kplawhawaii.com;
       apiper@kplawhawaii.com;
       kduffy@kplawhawaii.com
Attorneys for Plaintiff Dane S. Field, Chapter 7 Trustee



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): ROLLOFFS HAWAII, LLC

Case No.: 16-01294

Plaintiff(s):
DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC
(et al. *if multiple parties*)

Adversary Proceeding No.: 18-90035

Defendant(s):
TRASHMASTERS, LLC, et al.
(et al. *if multiple parties*)

Related Docket No.: 1 and 6

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Document(s) served:
[1] Complaint, and
[6] Amended Summons and Notice of Scheduling Conference in an Adversary Proceeding

Date served: January 2, 2019

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Via U.S. Priority Mail:<br>SPB Management, LLC<br>c/o Ari Bass, Manager<br>1317 5th Street, 2nd Floor<br>Santa Monica, CA 90401 | Via U.S. Priority Mail:<br>SPB Waste, LLC<br>c/o Ari Bass, Manager<br>1317 5th Street, 2nd Floor<br>Santa Monica, CA 90401 | Via U.S. Priority Mail:<br>SPB Partners, LLC<br>c/o Ari Bass, Manager<br>1317 5th Street, 2nd Floor<br>Santa Monica, CA 90401 |
| --- | --- | --- |
| Via U.S. Priority Mail:<br>Scott R. Bulloch<br>1317 5th Street, 2nd Floor<br>Santa Monica, CA 90401 | | |

Dated: January 2, 2019    /s/ _____  Peter B. Aragaki
                              *[Print name and sign]*

113997.pdf

U.S. Bankruptcy Court - Hawaii    #18-90035    Dkt # 7    Filed 01/02/19    Page 1 of 1