KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| ALIKA L. PIPER | 6949-0 |
| ELAINE T. CHOW | 10377-0 |
| CARISA LIMA KA'ALA DUFFY | 7372-0 |

841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5759
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com
echow@kplawhawaii.com
kduffy@kplawhawaii.com

Attorneys for Trustee Dane S. Field

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7) |
| DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRASHMASTERS, LLC; COLBECK CONSULTING LLC; BRIAN COLBECK; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; PARTNERSHIPS 1-50; DOE ENTITIES 1-50,<br><br>Defendants. | Adversary Proceeding No. 18-90034<br><br>**NOTICE OF CONTINUED SCHEDULING CONFERENCE**<br><br>**<u>NEW DATE</u>**<br>Date: June 7, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Robert J. Faris<br><br>Previous Date:<br>April 12, 2019 at 10:00 a.m.<br><br>Related Docket Nos. 11, 15, 18 |

## NOTICE OF CONTINUED SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that the Scheduling Conference set for April 12, 2019 at 10:00 a.m., has been continued to **June 7, 2019 at 10:00 a.m.**, before the Honorable Robert J. Faris, United States Bankruptcy Judge, in his courtroom at 1132 Bishop Street, Suite 250-L, Honolulu, Hawaii 96813, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, April 16, 2019.

/s/ Carisa Lima Ka'ala Duffy
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
CARISA LIMA KA'ALA DUFFY
Attorneys for Plaintiff
Trustee Dane S. Field