H9013-3A (3/16)

| Filer's Name, Address, Phone, email: |
|---|
| SIMON KLEVANSKY #3217-0<br>ALIKA L. PIPER #6949-0<br>ELAINE T. CHOW #10377-0<br>CARISA LIMA KA'ALA DUFFY 7372-0<br>Klevansky Piper, LLP<br>841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813<br>Telephone: (808) 536-0200 / Facsimile: (808) 237-5757<br>E-mail: sklevansky@kplawhawaii.com; apiper@kplawhawaii.com;<br>       echow@kplawhawaii.com; kduffy@kplawhawaii.com;<br>Attorneys for Plaintiff Dane S. Field, Chapter 7 Trustee |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): ROLLOFFS HAWAII, LLC | Case No.: 16-01294 |
|---|---|
| Plaintiff(s):<br>DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC<br><br>(et al. *if multiple parties*) | Adversary Proceeding No.:<br><br>18-90034 |
| Defendant(s):<br>TRASHMASTERS, LLC, et al.<br><br>(et al. *if multiple parties*) | Related Docket No.: 19 |

## CERTIFICATE OF SERVICE

| Document(s) served:<br>Notice of Continued Scheduling Conference | Date served:<br>April 16, 2019 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| See attached Exhibit "1" for parties served and method of service. | | |
|---|---|---|
| | | |

| Dated:<br>April 16, 2019 | /s/ [signature]<br>*[Print name and sign]* | Peter B. Aragaki |
|---|---|---|

116806.pdf

Field v. TrashMasters, LLC, et al.
AP No. 18-90034 (BK 16-01294)
Service List
116807.doc

# EXHIBIT "1"

**Via ECF**:
Kenneth H. Brown, Esq.
Chuck C. Choi, Esq.
Allison A. Ito, Esq.
on behalf of Defendant TrashMasters, LLC
kbrown@pszjlaw.com
cchoi@hibklaw.com
aito@hibklaw.com


**Via U.S. Mail:**
Brian Colbeck
5449 W 119th Street
Inglewood, CA  90304
  Defendant

Brian Colbeck
2050 Walgrove Ave.
Los Angeles, CA  90066
  Defendant

Colbeck Consulting, LLC
Attn: Brian Colbeck, Mgr./Member/Agent for Service of Process
5449 W 119th Street
Inglewood, CA  90304
  Defendant

Colbeck Consulting, LLC
Attn: Brian Colbeck, Mgr./Member/Agent for Service of Process
2050 Walgrove Ave.
Los Angeles, CA  90066
  Defendant