*Filer's Name, Address, Phone, Fax, Email:*
SIMON KLEVANSKY #3217-0
ALIKA L. PIPER #6949-0
CARISA LIMA KA'ALA DUFFY #7372-0
Klevansky Piper, LLP
841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813
Telephone: (808) 536-0200 / Facsimile: (808) 237-5757
E-mail: sklevansky@kplawhawaii.com; apiper@kplawhawaii.com
kduffy@kplawhawaii.com
Attorneys for Plaintiff Trustee Dane S. Field



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9073-1 (02/10)

| | |
|---|---|
| *Debtor:* ROLLOFFS HAWAII, LLC | *Case No.:* 16-01294 |
| *Joint Debtor:* (if any) | *Chapter:* 7 |
| *[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]* *Plaintiff(s):* DANE S. FIELD, Bankruptcy Trusee vs. *Defendant(s):* TRASHMASTERS, LLC, et al. | *Adversary Proceeding No.:* (if applicable) 18-90034 |
| **NOTICE OF HEARING** Courtroom – 1132 Bishop Street, Honolulu, Hawaii | *Hearing Date:* August 17, 2020 *Time:* 10:00 a.m. *Objections Due:* August 4, 2020 |
| *Matter being heard:* Plaintiff's Petition for Determination of Good Faith Settlement [Re: TrashMasters, Corridor and SPB Defendants] | *Related Dkt No.:* 38 |
| *Moving Party:* Plaintiff DANE S. FIELD, Bankruptcy Trustee | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

NOTE: Due to the COVID-19 public health emergency, participation at this hearing will be telephonic (leave of court not required). The Toll-free Call-in number is (866) 390-1828, and the Access code is 3287676. Further instructions regarding teleconference protocols may be found at the court's website.

Plaintiff DANE S. FIELD (the "Trustee"), the duly appointed Chapter 7 bankruptcy trustee of the estate of Debtor ROLLOFFS HAWAII, LLC, and the Plaintiff in the above-referenced adversary proceeding, hereby petitions the Court for its submission of a report and recommendation that the United States District Court for the District of Hawaii issue an order determining that the Settlement Agreement between the Trustee on the one hand, and Defendant TrashMasters, LLC and the parties referred to in the Petition as the "Corridor Defendants", and the "SPB Defendants" (collectively the "Settling Defendants"), on the other hand, has been entered into in good faith, as provided in Haw. Rev. Stat. §663-15.5, and, as a consequence, the remaining defendants in the case are barred from asserting claims and cross-claims against the Settling Defendants.

This Notice contains only a summary of the Petition. The Petition may be inspected at the office of the Clerk of the Court during normal business hours. Copies may be obtained by contacting the Filers (whose name and address appear above).

127847.pdf

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

> **Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* _____ .]:
>
> _____August 4, 2020_____  How calculated: HRS § 663-15.5(b)
> Date

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to: SIMON KLEVANSKY
> ALIKA L. PIPER
> CARISA LIMA KA'ALA DUFFY
> Klevansky Piper, LLP
> 841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813
> Telephone: (808) 536-0200 / Facsimile: (808) 237-5757
> E-mail: sklevansky@kplawhawaii.com; apiper@kplawhawaii.com; kduffy@kplawhawaii.com

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: _____July 10, 2020_____       /s/ __Carisa Lima Ka'ala Duffy_____
                                            for Movant        (Print name also if original signature)